IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ERNEST GRAY,

    Plaintiff,                                        Case No: 2:19-cv-14385

v.

CITIBANK, N.A.,

    Defendant.
_____/

## COMPLAINT

The Plaintiff, Ernest Gray ("Plaintiff"), hereby sues the Defendant, Citibank, N.A. ("Citibank"), and alleges:

### *Parties, Jurisdiction and Venue*

1. Plaintiff is an individual and a resident of St. Lucie County, Florida.

2. Citibank is a foreign corporation with its principal place of business in Sioux Falls, SD.

3. This is an action brought pursuant to 47 U.S.C. § 227. Accordingly, this Court has jurisdiction over this action under 28 U.S.C. § 1331 because this is a civil action arising under the laws of the United States.

4. This Court has supplemental jurisdiction over the state law claim in this action under 28 U.S.C. § 1367 because the state law claim is so related to the claim over which this Court has original jurisdiction that they form part of the same case or controversy under Article III of the U.S. Constitution.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this district.

6. All conditions precedent to bringing this action have occurred, been performed, or have been waived.

### *Factual Allegations*

7. Plaintiff had a credit card account (the "Citibank Account") with Citibank.

8. Citibank began calling the Plaintiff's cellular telephone to collect the balance allegedly due on the Citibank Account. Citibank called Plaintiff's cellular telephone with a prerecorded voice up to 10 times a day for four months. Citibank called Plaintiff's cellular telephone hundreds of times in total.

9. Plaintiff clearly and definitely demanded that Citibank stop calling him during a phone call with Citibank that took place soon after Citibank began calling him.

10. When Plaintiff demanded that Citibank stop calling him, Plaintiff revoked any consent that Citibank may have had to contact the Plaintiff with an artificial or prerecorded voice.

11. After Plaintiff demanded that Citibank stop calling him, Citibank called Plaintiff's cellular telephone hundreds of times using an artificial and/or prerecorded voice.

12. Citibank directed the above-described phone calls to Plaintiff in the Southern District of Florida, and Plaintiff received the calls in the Southern District of Florida.

## COUNT I – VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

13. Plaintiff incorporates and realleges paragraphs 1 through 12 as if stated fully herein.

14. Citibank called Plaintiff's cellular telephone using an artificial and prerecorded voice without Plaintiff's prior express consent.

15. The conduct of Citibank constituted multiple violations of 47 U.S.C. § 227(b)(1)(A)(iii).

16. Because Plaintiff clearly revoked consent for Citibank to contact him, and Citibank knowing called Plaintiff using artificial and prerecorded voice after such revocation, Citibank's violations of the TCPA were knowing and willful.

17. As a direct and proximate result of the wrongful conduct of Citibank, Plaintiff has suffered actual damages, including mental anguish, embarrassment, loss of time, and financial harm.

WHEREFORE, the Plaintiff, Ernest Gray, hereby demands judgment against the Defendant, Citibank, N.A., for actual damages, statutory damages in the amount of $1,500.00 for each violation of the TCPA, court costs, injunctive relief, and any other further relief this Court deems just and proper.

## COUNT II – VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

18. Plaintiff incorporates and realleges paragraphs 1 through 12 as if stated fully herein.

19. The conduct of Citibank constituted violations of Section 559.72(7), *Florida Statutes*.

20. As a direct and proximate result of the wrongful conduct of Citibank, Plaintiff has suffered actual damages, including mental anguish, embarrassment, loss of time, and financial harm.

WHEREFORE, the Plaintiff, Ernest Gray, hereby demands judgment against the Defendant, Citibank, N.A., for actual damages, statutory damages in the amount of $1,000.00, court costs, injunctive relief, and any other further relief this Court deems just and proper.

### *Demand for Attorney's Fees & Costs*

Pursuant to Section 559.77(2), *Florida Statutes*, Plaintiff Ernest Gray hereby demands an award of the attorney's fees and costs incurred in this matter.

### *Demand for Jury Trial*

Plaintiff Ernest Gray hereby demands a jury trial on all claims asserted in this Complaint and otherwise later asserted in this lawsuit.

DATED: October 14, 2019.                    Respectfully submitted,

*/s/ Joshua A. Mize*
**Joshua A. Mize, Esq.**
Florida Bar No. 86163
**MIZE LAW, PLLC**
110 Front Street, Suite 300
Jupiter, FL 33477
Phone: (407) 913-6800
Fax: (407) 604-7410
Email: jmize@mize.law

*Attorney for the Plaintiff,
Ernest Gray*