IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ERNEST GRAY,

    Plaintiff,                                                    Case No: 2:19-cv-14385-KMM

v.

CITIBANK, N.A.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Ernest Gray, and the Defendant, Citibank, N.A., by and through undersigned counsel and pursuant to Rule 41 (a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, give notice, agree and stipulate that all claims asserted in this action are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: September 18, 2020.

*/s/ Joshua A. Mize*
**Joshua A. Mize, Esq.**
Florida Bar No. 86163
**MIZE LAW, PLLC**
110 Front Street, Suite 300
Jupiter, FL 33477
Phone: (407) 913-6800
Fax: (407) 604-7410
Email: jmize@mize.law

*Attorney for the Plaintiff,*
*Ernest Gray*

*/s/ Alisa M. Taormina*
Alisa M. Taormina, Esq.
Florida Bar No. 70848
**STROOCK & STROOCK & LAVAN LLP**
200 South Biscayne Boulevard Suite 3100
Miami, FL  33131
305-789-9321
Fax: 305-789-9302
Email:Ataormina@stroock.com

*Attorney for Defendant Citibank, N.A.*